1

2

3

4

5

6

7

8

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ERNESTO ESPARZA, | Case No.: ~~CV-09-9249 JVS (JCGx)~~ |
| Plaintiff, | [Consolidated with case<br>No. CV 11-10356 JVS (JCGx)** |
| Vs. | Honorable James V. Selna, Judge<br>Courtroom 10C, Santa Ana |
| LONG BEACH POLICE OFFICERS J.A.<br>BREARLEY, ADAM H. RIM, and<br>A.H. FOX, | |
| Defendants. | **JUDGMENT FOLLOWING<br>JURY VERDICT** |
| ——————————————— | |
| RAUL ESPARZA, | |
| Plaintiff | |
| Vs. | |
| CITY OF LONG BEACH, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that on March 12 - 14, 2013, in the above entitled

JUDGMENT FOLLOWING JURY VERDICT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

court, the Honorable James V. Selna, Judge presiding, the above-captioned matter was tried before a jury.  On March 14, 2013, the jury returned a verdict in favor of Defendants, JOSHUA A. BREARLEY, ADAM H. RIM, ANDREW M. FOX and MARIA CLAY, and against Plaintiff, RAUL ERNESTO ESPARZA.

Following the jury's verdict, and good cause appearing, the court now orders Judgment upon the verdict in favor of Defendants, JOSHUA A. BREARLEY, ADAM H. RIM, ANDREW M. FOX and MARIA CLAY, be entered and further orders an award of costs of suit following timely filing of a Bill of Costs.

DATED:  March 25, 2013

_____
JAMES V. SELNA
JUDGE OF U.S. DISTRICT COURT

JUDGMENT FOLLOWING JURY VERDICT